AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**SEALED**

**ORIGINAL**

United States of America
v.

MELISSA APODACA

*Defendant*

)
)
) Case No. 2:24cr137
) FID: 11744201
) USPIS
)
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Melissa Apodaca ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

T.18:1349 - Conspiracy (Count One, et al.)

Date: 12/04/2024

*Issuing officer's signature*

City and state:   Norfolk, Virginia

Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12-5-24 , and the person was arrested on *(date)* 12-9-24
at *(city and state)* Denver, CO .

Date: 12-10-24

*Arresting officer's signature*

A. Ledet US Marshals for D/CO
*Printed name and title*

★ Arrested in Denver, CO. ★