AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**SEALED**

**ORIGINAL**

United States of America
v.

JENNIFER SNYDER

Defendant

)
)  Case No. 2:24cr137
)  FID: 11744183
)  USPIS
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)  Jennifer Snyder,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

T.18:1349 - Conspiracy (Count One, et al.)

Date: 12/04/2024

_____
Issuing officer's signature

City and state: Norfolk, Virginia

Lawrence R. Leonard, U.S. Magistrate Judge
Printed name and title

---

**Return**

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____.

Date: _____

_____
Arresting officer's signature

_____
Printed name and title

Warrant executed in Northern District of Texas, Dallas on December 11, 2024.

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:24cr137 |
| | ) | FID: 11744183 |
| JENNIFER SNYDER | ) | USPIS |
| | ) | |
| Defendant | | |

## ARREST WARRANT

**SEALED**
**ORIGINAL**
**INFORMATION COPY ONLY**
**NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL.**

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jennifer Snyder
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

T.18:1349 - Conspiracy (Count One, et al.)

Date: 12/04/2024

*Issuing officer's signature*

City and state: Norfolk, Virginia

Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* 12-04-24, and the person was arrested on *(date)* 12-11-24 |
|---|
| at *(city and state)* Dallas, Texas |
| Date: 12-11-24 |

*Arresting officer's signature*

Blake Phillips   U.S. Postal Inspector
*Printed name and title*

USPIS

11744183